712 A.2d 668

IN THE MATTER OF LEE DAVID MEDINETS, AN ATTORNEY AT LAW.

June 17, 1998.

## ORDER

The Disciplinary Review Board on January 20, 1998, having filed with the Court its decision concluding that **LEE DAVID MEDINETS** of **LAKEWOOD**, who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **LEE DAVID MEDINETS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.